**No. 59679.**—S. B. Penick & Co. *v.* United States, protest 243299–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiff was sustained.

**No. 59680.**—The Singer Manufacturing Company *v.* United States, protest 256217–K (New York).

Opinion by MOLLISON, J.   When the protest was called for trial, counsel for the defendant called the court's attention to certain statements made by certain customs officers in the papers accompanying the protest and entry when forwarded to the court by the collector.   Based upon those statements, the defendant conceded the error of the collector's classification and the correctness of plaintiff's claim.   The claim of the plaintiff was, therefore, sustained.

**No. 59681.**—Frank P. Dow, Inc., and Inter-Continental Trading Corporation *v.* United States, protests 228857–K, etc.   (Portland, Oreg.).

Opinion by MOLLISON, J.   It was stipulated that the merchandise consists of wooden containers of typewriters; that the items in question constitute the usual and ordinary containers of said typewriters; and that the containers are not suitable for any other use.   On the record presented and following *United States* v. *American Railway Express Co.* (11 Ct. Cust. Appls. 211, T. D. 38968), the claim of the plaintiffs was sustained.